IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MICHAEL BRUCE, an individual; and TANYA BRUCE, an individual, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) ) | CIVIL ACTION NO. 3:13cv221-MHT (WO) |
| JOSHUA McDONALD, an individual; et al., ) ) ) | |
| Defendants. ) | |

### JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs Michael Bruce and Tanya Bruce's motion for summary judgment (Doc. No. 38) is denied.

(2) Defendants Joshua McDonald, Melissa B. Thomas, Melissa B. Thomas, LLC, and James R. McKoon, Jr.'s motions for summary judgment (Doc. Nos. 32, 34, and 37) are granted.

(3) Judgment is entered in favor of defendants McDonald, Thomas, Melissa B. Thomas, LLC, and McKoon and against the Bruce plaintiffs, with the Bruce plaintiffs taking nothing by their complaint.

It is further ORDERED that costs are taxed against the Bruce plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of March, 2014.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE